IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 14-6354 |
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 16-6568 |
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 17-1508 |
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 21-1098 |

ORDER

AND NOW, this 30th day of October, 2023, it is hereby ORDERED that:

(1)  The motions of plaintiff Jenn-Ching Luo for entry of default in Luo I, Civ. A. No. 14-6354 (Doc. # 115), Luo IV, Civ. A. No. 16-6568 (Doc. # 35), and Luo V, Civ. A. No. 17-1508 (Doc. # 29), dated October 5, 2023, are DENIED.

(2)  Pursuant to Judge O'Neill's order, dated November 28, 2016, all claims against defendant Owen J. Roberts School

-2-

District in Luo I, Civ. A. No. 14-6354, are DISMISSED WITH PREJUDICE.

(3)   Defendant Geoffrey Ball may FILE A RENEWED MOTION TO DISMISS in Luo I, Civ. A. No. 14-6354, to the Section 1983 claims against him in Luo I within twenty days of this order. Otherwise, he shall file an answer within twenty days.

(4)   All claims in Luo IV, Civ. A. No. 16-6568, are DISMISSED WITH PREJUDICE.  The clerk shall mark this case closed.

(5)   All claims in Luo V, Civ. A. No. 17-1508, are DISMISSSED WITH PREJUDICE.  The clerk shall mark this case closed.

(6)   The IDEA claim against defendant Owen J. Roberts School District in Luo VI, Civ. A. No. 21-1098, is DISMISSED WITH PREJUDICE.

(7)   Defendant Pennsylvania Department of Education may FILE A SUPPLEMENTAL MOTION TO DISMISS in Luo VI, Civ. A. No. 21-1098, to the IDEA claim against it within twenty days of this order.  Otherwise, it shall file an answer within twenty days.

BY THE COURT:

/s/   Harvey Bartle III
                                         J.