```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| JENN-CHING LUO | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 14-6354 |

| JENN-CHING LUO | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 16-6568 |

| JENN-CHING LUO | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 17-1508 |

| JENN-CHING LUO | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 21-1098 |

ORDER

AND NOW, this 7th day of December 2023, it is hereby ORDERED that, for the reasons outlined in the memorandum accompanying this order:

(1) The motion of plaintiff Jenn-Ching Luo to reconsider the court's October 30, 2023 order (Doc. # 123) is GRANTED as to claims 1, 2, 3, 4, 5, 8, 11, 13, and 16 in Luo IV, Civ. A. No. 16-6568;

(2) Claims 1, 2, 3, 4, 5, 7, 8, 10, 11, 12, 13, 14, and 16 in Luo IV, Civ. A. No. 16-6568, are DISMISSED; and

(3) The motion for reconsideration is otherwise DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.