```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | **LEAD CASE:** |
| OWEN J. ROBERTS SCHOOL | : | NO. 14-6354 |
| DISTRICT, et al. | : | |
| | | |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| JENN-CHING LUO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OWEN J. ROBERTS SCHOOL | : | NO. 21-1098 |
| DISTRICT, et al. | : | |

### ORDER

AND NOW, this 19th day of December, 2023, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the supplemental motion of defendant Pennsylvania Department of Education to dismiss the Individuals with Disabilities Education Act claim against it, dated November 20, 2023 (Doc. # 32, Civ. A. No. 21-1098) is GRANTED.

                              BY THE COURT:

                              /s/  Harvey Bartle III
                                                J.