```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 14-6354 |
| | : | |
| OWEN J. ROBERTS SCHOOL | : | |
| DISTRICT, et al. | : | |

<u>ORDER</u>

AND NOW, this 19th day of December, 2023, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that the renewed motion of defendant Geoffrey Ball to dismiss claims 1, 2, 3, 5, 6, 7, and 8, dated November 14, 2023 (Doc. # 124) is GRANTED.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.