```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENN-CHING LUO                  :       CIVIL ACTION
                                :
       v.                       :       * LEAD DOCKET *
                                :
OWEN J. ROBERTS SCHOOL          :       NO. 14-6354
DISTRICT, et al.                :
_____

JENN-CHING LUO                  :       CIVIL ACTION
                                :
       v.                       :
                                :
OWEN J. ROBERTS SCHOOL          :       NO. 16-6568
DISTRICT, et al.                :
```

ORDER

AND NOW, on this 11th day of December, 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Owen J. Roberts for judgment on the administrative record (Doc. # 56) is GRANTED; and

(2) The cross-motion of plaintiff Jenn-Ching Luo for "Judgment And Response in Opposition to Owen J. Roberts School District's Motion for Judgment on the Administrative Record" (Doc. # 57) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                      J.