```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JENN-CHING LUO                  :         CIVIL ACTION
                                :
     v.                         :
                                :
OWEN J. ROBERTS SCHOOL          :         NO. 14-6354
DISTRICT, et al.                :
```
---
```
OWEN J. ROBERTS SCHOOL          :         CIVIL ACTION
DISTRICT                        :
                                :
     v.                         :
                                :         NO. 15-2952
B.L., et al.                    :
```

ORDER

AND NOW, on this 30th day of April, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of Owen J. Roberts School District for judgment on the administrative record in Civil Action No. 14-6354 (Doc. # 182) is GRANTED;

(2) The motion of Jenn-Ching Luo to dismiss Civil Action No. 15-2952 with prejudice (Doc. # 49, Civil Action No. 15-2952) is GRANTED; and

(3) The request of Owen J. Roberts School District to dismiss Civil Action 15-2952 (Doc. # 182) is DENIED as moot.

BY THE COURT:

/s/   Harvey Bartle III
                                                      J.