IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 14-6354 |

JUDGMENT

AND NOW, on this 30th day of April, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that judgment on the administrative record is entered in favor of defendant Owen J. Roberts School District and against plaintiff Jenn-Ching Luo.

BY THE COURT:

/s/   Harvey Bartle III
                    J.